FILED
Dec 16 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ franciscoh   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2021 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '22 CR2878 TWR |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine, Cocaine, and Heroin; Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Controlled Substances; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
| MARIA GUADALUPE CHAVEZ (1), FRANCISCO MARQUEZ (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about August 17, 2022, within the Southern District of California, defendant MARIA GUADALUPE CHAVEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 4.9 kilograms (10.8 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 2

On or about October 1, 2022, within the Southern District of California, defendant FRANCISCO MARQUEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 7.06 kilograms

ADGO:nlv:San Diego:12/15/22

(15.57 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 3

Beginning on a date unknown, and continuing up to and including July 11, 2022, within the Southern District of California, and elsewhere, defendants MARIA GUADALUPE CHAVEZ and FRANCISCO MARQUEZ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; and 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 4

On or about June 18, 2021, within the Southern District of California, and elsewhere, defendant FRANCISCO MARQUEZ did knowingly and intentionally distribute 50 grams and more, to wit: approximately 3.5 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 5

On or about May 23, 2022, within the Southern District of California, and elsewhere, defendant MARIA GUADALUPE CHAVEZ and FRANCISCO MARQUEZ did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of

cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 6

On or about July 11, 2022, within the Southern District of California, and elsewhere, defendant MARIA GUADALUPE CHAVEZ did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 7

On or about July 11, 2022, within the Southern District of California, and elsewhere, defendant MARIA GUADALUPE CHAVEZ did knowingly and intentionally distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 7 above are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants MARIA GUADALUPE CHAVEZ and FRANCISCO MARQUEZ shall forfeit to the United States all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly and indirectly, as the result

of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment. The property to be forfeited includes, but is not limited to, approximately $35,000 in U.S. currency.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: December 16, 2022.

A TRUE BILL:

RANDY S. GROSSMAN
United States Attorney

By: *(signature)*
ADAM GORDON
Assistant U.S. Attorney