**FILED**
MAR 17 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA GUADALUPE CHAVEZ (1), <br><br> Defendant. | CASE NO.: 22-cr-2878-TWR <br><br> Hon. Todd W. Robinson <br><br> **ORDER TO UNITED STATES PROBATION TO RELEASE PRESENTENCE INVESTIGATION REPORTS** |

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the United States Probation Office release the Presentence Investigation Reports (PSR), sentencing memoranda, documents in support of sentencing, petitions for supervised release violation and all supporting documents used to prepare those petitions in its possession in case numbers 06-CR-2023-L and 05-CR-00053-GT to defense counsel Roseline D. Feral in order to assist her in her preparation for the sentencing hearing of her client.

**SO ORDERED.**

DATED: 3/17/23

_____
Hon. Todd W. Robinson
United States District Court Judge